

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-281-CR

FABIAN LEE GREEN JR.                                    APPELLANT

V.

THE STATE OF TEXAS                                          STATE

----------

FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the "Appellant's Motion To Withdraw The Appeal."

The motion complies with rule 42.2(a) of the rules of appellate procedure.

Tex. R. App. P. 42.2(a).  No decision of this court having been delivered before

we received this motion, we grant the motion and dismiss the appeal.  *See* Tex.

R. App. P. 42.2(a), 43.2(f).

PER CURIAM

PANEL: LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

---

[1] *See* Tex. R. App. P. 47.4.

DELIVERED: December 18, 2008